# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO JUAN DRAKE,<br><br>Defendant. | Case No. CR 20-25-BLG-SPW-03<br><br><br>ORDER |

Defendant, Mario Juan Drake, filed a Motion to Transport Defendant to the Yellowstone County Detention Facility (Doc. 63). This Court has since been advised that Defendant is being transferred to YCDF by the U.S. Marshals Service. Therefore,

**IT IS HEREBY ORDERED** that the Defendant's Motion (Doc. 63) is **DENIED** as moot.

DATED this _____ day of July, 2020.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE