IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-25-BLG-SPW-3 |
| Plaintiff, | |
| vs. | ORDER |
| MARIO JUAN DRAKE, | |
| Defendant. | |

This order refers Defendant's Motion to Change Plea (Doc. 172), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.

IT IS FURTHER ORDERED that the trial set for November 1, 2021 is **VACATED <u>for Defendant Drake only</u>**.

DATED this 3rd day of August, 2021.

SUSAN P. WATTERS
United States District Judge

1