# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO JUAN DRAKE, <br><br> Defendant. | CR 20-25-BLG-SPW-03 <br><br> ORDER TO SEAL |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Plea Agreement Under Seal (Doc. 181) is GRANTED.

Dated this 11th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1