# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**Mario Juan Drake**                              No. **CR 20-25-BLG-SPW**

DOB:        1988                          **PETITION TO OPEN   JUVENILE RECORDS**

SSN: XXX-XX-3581

Whereas the above-named defendant entered a plea of Guilty to the offenses of Conspiracy to Possess with Intent to Distribute Cocaine and Ecstasy in violation of 21 U.S.C. § 841(a)(1), Possession of a Firearm in Furtherance of a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c)(1)(A) and two counts of Use of Facility in Interstate Commerce in aid of Racketeering in violations of 18 U.S.C. § 1952(a)(3) in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, Department of Public Health and Human Services, Child and Family Services, Youth Court and/or Detention Services, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States Probation Officer

_____
12/10/21
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Department of Public Health and Human Services, Child and Family Services, Youth Court and/or Detention Services, Department of Corrections, and alcohol, drug and mental health treatment agency, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
Susan P. Watters
United States District Judge

Dated this 10th day of Dec. , 2021.